IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00925-PSF-OES

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

CYNTHIA L. PECHUEKONIS,

    Defendant.

_____

ORDER SETTING STATUS CONFERENCE
_____

    Counsel in this matter are directed to appear for a status conference before the Court on September 9, 2005, at 2:00 p.m., at which time certain matters contained in the Scheduling Order of August 17, 2005 will be reviewed by this Court. Any deadlines set by the Scheduling Order that occur prior to the status conference remain in place.

    Dated: August 18, 2005

                                                             BY THE COURT:

                                                              s/ Phillip S. Figa

                                                              _____

                                                              Phillip S. Figa
                                                              United States District Judge