IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00925-PSF-MEH

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

CYNTHIA L. PECHUEKONIS,

    Defendant/Third Party Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA and CALIFORNIA CASUALTY MANAGEMENT COMPANY,

    Third-Party Defendants.

---

### ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER

---

The Court, having reviewed Third-Party Defendant's Unopposed Motion for Leave to Amend the Scheduling Order (Dkt. # 41), and being duly advised on the premises, hereby:

ORDERS that the motion is GRANTED and that the third-party defendant shall have to and including August 14, 2006 within which to submit a Proposed Amended Scheduling Order to the Court.

DATED: July 31, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge