IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00925-PSF-MEH

UNUM LIFE INSURANCE COMPANY OF AMERICA,

 Plaintiff,

v.

CYNTHIA L. PECHUEKONIS,

 Defendant/Third-Party Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; and
CALIFORNIA CASUALTY MANAGEMENT COMPANY,

 Third-Party Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

  This matter is before the Court on parties' Amended Scheduling Order (Dkt. # 43), filed August 14, 2006.  The Court hereby sets a scheduling conference on **Thursday, September 14, 2006 at 10:00 a.m.**, before the undersigned.

 DATED: September 6, 2006

             BY THE COURT:

             *s/ Phillip S. Figa*
             _____
             Phillip S. Figa
             United States District Judge