UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00925-PSF-MEH

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

    v.

CYNTHIA L. PECHUEKONIS,

    Defendant/Third Party Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; and
CALIFORNIA CASUALTY MANAGEMENT COMPANY,

    Third-Party Defendants.

## ORDER FOR DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal of Claims Between UNUM and Pechuekonis (Dkt. # 45) and Defendant/Third-Party Plaintiff Pechuekonis' and Third-Party Defendant California Casualty Management Company's Stipulated Motion for Dismissal (Dkt. # 46). The Court being fully advised in this matter, hereby ORDERS the case DISMISSED WITH PREJUDICE in its entirety, each party to bear her or its own attorney fees and costs.

    DATED: September 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge